**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE HEROD, JR.,                        )   No. CV 06-6806-SS
                                          )
                    Plaintiff,            )
                                          )   **JUDGMENT**
          v.                              )
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of the Social                )
Security Administration,                  )
                                          )
                    Defendant.            )
_____)

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED
and that the above-captioned action is REMANDED to the Commissioner for
further action consistent with the Court's Memorandum Decision and
Order.


DATED: June 23, 2008.

                                        /S/
                              _____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE